■ In the Matter of the Claim of JOHN A. WHALEN, Respondent, against ALLIED MESSENGER SERVICE, Respondent, and CONTINENTAL CASUALTY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs, and without prejudice to its renewal upon the argument of the appeal. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MERRILL, Appellant.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD R. GRIFFIN, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for permission to prosecute appeal as a poor person denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of THOMAS J. GILMARTIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for assignment of counsel pursuant to subdivision 1 of section 538 of the Labor Law granted. Howard Levine, Esq., of Schenectady, New York, is assigned as counsel for claimant-respondent. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claims of EDWARD J. WENTWORTH, JR., AND 25 OTHERS, Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for assignment of counsel pursuant to subdivision 1 of section 538 of the Labor Law granted. Howard Levine, Esq., of Schenectady, New York, is assigned as counsel for claimants-respondents. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MEYER GOLDEN.— Motion for permission to prosecute appeal as a poor person granted, provided an appeal has been timely taken. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ CITIES SERVICE OIL Co., Appellant, v. LEROY I. SMITH, Respondent. — Order unanimously affirmed, with $10 costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO GERADI, Appellant.— Motion for permission to prosecute appeal as a poor person denied, on the ground that the purported appeal from the judgment of conviction was not properly taken to the Appellate Division of the Supreme Court, Third Department. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.